SPENCER SECRETARIAL SCHOOL, INC., Appellant, v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.—

Concur— Cohn, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

GEORGE P. EBBE, Respondent, v. HARRY M. STEVENS, INC., et al., Respondents-Appellants, and ALLIED MAINTENANCE CORP., Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ.

■

In the Matter of C. DONALD KAUFMANN, Individually and as Chairman of the Tenants' Committee, on Behalf of All Other Tenants of 130 East 75th Street, New York, et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and DAVID W. FRANKEL et al., Intervenors-Respondents.—

No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ. [1 A D 2d 663.]